| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Johnson, Alan B. | 2. Court or Organization District Court - Wyoming | 3. Date of Report 06/02/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Judge, U.S. Dist. Court | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

| 7. Chambers or Office Address 2120 Capitol Ave., Suite 2018 Cheyenne, WY 82003 |
|---|

| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Advisory Board | Cheyenne Regional Medical Center, Home Health Services |
| 2. | Trustee | Trust #2, See Explanation and Description at Part VIII and Part VII |
| 3. | Trustee | Trust #3, See Explanation and Description at Part VIII and Part VII |
| 4. | Trustee | Trust #1, See Explanation and Description at Part VIII and Part VII |
| 5. | Member, Local Discussion Group | Young Men's Literary Club |
| 6. | Member, Advisory Board | The American Heritage Center of the University of Wyoming |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Wyoming Judicial Retirement - Monthly | $5,269.00 |
| 2. 2014 | State Employers Retirement - Monthly | $406.00 |
| 3. 2014 | DFAS - Retirement - Monthly | $1,450.00 |
| 4. 2014 | Manx Oil Corporation - payment for legal services rendered approximately 50 years ago | $1,500.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Lockheed Martin Corp Master Retirement Trust - Monthly |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | TRUST #1 ▓▓▓▓▓ ▓▓▓▓ | | | | | | | | | |
| 2. | - CHASE BANK ACCOUNT | A | Int./Div. | M | T | | | | | |
| 3. | - CHASE BANK ACCOUNT | A | Int./Div. | J | T | | | | | |
| 4. | CHASE INVESTMENT SERVICES MONEY MARKET ACCT. | A | Int./Div. | K | T | | | | | |
| 5. | TRUST #2 "ALAN B JOHNSON PREMARITAL REVOCABLE TRUST" | | | | | | | | | |
| 6. | - AMERICAN NATIONAL BANK | A | Interest | K | T | | | | | |
| 7. | - WELLS FARGO | A | Interest | J | T | | | | | |
| 8. | AMERICAN NATIONAL BANK - JOINT ACCOUNT | A | Interest | N | T | | | | | |
| 9. | TRUST #3 JOINT REV. TRUST | | | | | | | | | |
| 10. | - FIDELITY BROKERAGE ACCT. MONEY MARKET ACCT. | A | Int./Div. | J | T | | | | | |
| 11. | - BARCLAYS BANK PLC IPATH ETN 12-6-36 | | None | | | Sold (part) | 02/06/14 | J | A | |
| 12. | | | | | | Sold | 02/06/14 | J | A | |
| 13. | - BARCLAYS BANK PLC IPATH BLOOMBERG COMMODITY | | None | | | Buy | 11/10/14 | K | | |
| 14. | | | | | | Sold | 12/22/14 | K | A | |
| 15. | - CALAMOS GROWTH & INCOME CL A | A | Int./Div. | | | Sold (part) | 02/06/14 | J | A | |
| 16. | | | | | | Sold (part) | 02/06/14 | J | A | |
| 17. | | | | | | Sold (part) | 12/16/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 02/06/14 | J | A | |
| 19. | | | | | Sold (part) | 12/16/14 | J | A | |
| 20. | | | | | Sold (part) | 12/16/14 | J | A | |
| 21. | | | | | Sold | 12/16/14 | J | A | |
| 22.   - DFA INTERNATIONAL VECOTR EQUITY PORT | A | Int./Div. | K | T | Buy | 10/03/14 | J | | |
| 23. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 24.   - DODGE & COX INT'L STOCK | A | Int./Div. | J | T | | | | | |
| 25.   - FIDELITY ADVISOR NEW INSIGHTS I | A | Int./Div. | J | T | | | | | |
| 26.   - FIDELITY CASH CLEARING (X) | A | Int./Div. | J | T | | | | | |
| 27.   - ISHARES TR MODERATE ALLOCATION ETF | | None | | | Buy | 11/10/14 | K | | |
| 28. | | | | | Sold | 12/22/14 | K | A | |
| 29.   - ISHARES TR INTL DEVELOPED REAL ESTATE ETF | A | Int./Div. | J | T | Buy | 01/13/14 | J | | |
| 30. | | | | | Buy (add'l) | 10/07/14 | J | | |
| 31.   - ISHARES JP MORGAN USD EMERGING MARKETS BOND | A | Int./Div. | | | Buy | 11/10/14 | K | | |
| 32. | | | | | Sold | 12/22/14 | K | A | |
| 33.   - IPATH DJ-UBS COMMOD IDX TR | | | | | Merged (with line 11) | | | | |
| 34.   - LOOMIS SAYLES BD INST L | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - LOOMIS SAYLES BOND RETAIL SHARES | B | Int./Div. | K | T | Buy (add'l) | 02/13/14 | J | | |
| 36. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 37. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 38. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 39. | | | | | Buy (add'l) | 11/13/14 | J | | |
| 40. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 41.  - MERGER FUND | B | Int./Div. | K | T | Buy (add'l) | 12/31/14 | J | | |
| 42.  - DFA US CORE EQUITY II | A | Int./Div. | K | T | | | | | |
| 43.  - PIMCO ALL ASSET All AUTHORITY INST CL | B | Int./Div. | K | T | Buy (add'l) | 12/19/14 | K | | |
| 44. | | | | | Sold (part) | 11/05/14 | J | A | |
| 45. | | | | | Sold (part) | 11/05/14 | K | A | |
| 46.  - PIMCO ALL ASSET AUTHORITY CL D | A | Int./Div. | | | Buy (add'l) | 02/27/14 | J | | |
| 47. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 48. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 49. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 50. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 51. | | | | | Buy (add'l) | 08/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 53. | | | | | Sold | 11/05/14 | K | A | |
| 54.    - PIMCO TOTAL RETURN ADMIN SHS | B | Int./Div. | L | T | Buy (add'l) | 01/09/14 | J | | |
| 55. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 56. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 57. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 58. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 59. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 60.    - PIMCO REAL RETURN BOND INSTL (IX) | A | Int./Div. | J | T | | | | | |
| 61.    - PIMCO TOT RET INSTL | C | Int./Div. | L | T | | | | | |
| 62.    - PIMCO COMMODITY REAL RET STRAT ADMIN CL | A | Int./Div. | | | Buy (add'l) | 02/07/14 | J | | |
| 63. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 64. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 65. | | | | | Buy (add'l) | 09/04/14 | J | | |
| 66. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 67. | | | | | Sold | 11/05/14 | K | A | |
| 68.    - PIMCO COMMODITY REAL RETURN INST | | None | K | T | Buy | 12/19/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/05/14 | J | A | |
| 70. - PIMCO EMERGING LOCAL BOND FD INST CL | A | Int./Div. | K | T | Buy (add'l) | 12/19/14 | K | | |
| 71. | | | | | Sold (part) | 11/05/14 | K | A | |
| 72. - PIMCO EMERGING LOCAL BOND FUND ADMIN SH | A | Int./Div. | J | T | Buy (add'l) | 01/09/14 | J | | |
| 73. | | | | | Buy (add'l) | 02/07/14 | J | | |
| 74. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 75. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 76. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 77. - PIMCO REAL RETURN ADMIN CLASS | A | Int./Div. | J | T | Buy (add'l) | 01/09/14 | J | | |
| 78. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 79. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 80. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 81. - SPARTAN INTL INDEX FID ADV CLASS | A | Int./Div. | | | Buy (add'l) | 02/07/14 | J | | |
| 82. | | | | | Sold | 10/02/14 | J | A | |
| 83. - SPARTAN EMERGING MKT INDEX FUND | A | Int./Div. | K | T | Buy (add'l) | 01/30/14 | J | | |
| 84. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 85. | | | | | Sold (part) | 10/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - SPARTAN REAL ESTATE INDEX FD INVESTOR CL | A | Int./Div. | J | T | Buy | 01/09/14 | J | | |
| 87. - SPARTAN TOTAL MKT INDX INVESTOR CLASS | A | Int./Div. | J | T | Buy | 02/07/14 | J | | |
| 88. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 89. - VANGUARD ALL-WLD EX-US | A | Int./Div. | | | Sold | 12/23/14 | J | A | |
| 90. - VANGUARD INDEX FDS VANGUARD REIT ETF | A | Int./Div. | J | T | | | | | |
| 91. - VANGUARD MSCI EMERGING | A | Int./Div. | | | Sold | 12/18/14 | J | A | |
| 92. - VANGUARD GLOBAL REAL | A | Int./Div. | J | T | | | | | |
| 93. - GATEWAY FUND | A | Int./Div. | K | T | Buy (add'l) | 04/04/14 | J | | |
| 94. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 95. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 96. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 97. - MATTHEWS ASIA DIVIDEND | A | Int./Div. | | | Sold (part) | 12/18/14 | J | A | |
| 98. | | | | | Sold | 12/18/14 | J | A | |
| 99. - PWRSHRS RAFI US 1000 | A | Int./Div. | J | T | | | | | |
| 100. - PWRSHRS RAFI US 1500 | A | Int./Div. | J | T | | | | | |
| 101. NEW YORK LIFE INS WHOLE LIFE | C | Int./Div. | M | T | | | | | |
| 102. WYOMING DEFERRED COMP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - OPPENHEIMER GLOBAL | C | Int./Div. | L | T | Redeemed (part) | 11/17/14 | J | | RETIREMENT DIST. |
| 104. - T ROWE PRICE NEW HORIZON | E | Int./Div. | M | T | Redeemed (part) | 11/17/14 | J | | RETIREMENT DIST. |
| 105. - ARTISAN MID CAP FUND | D | Int./Div. | M | T | Redeemed (part) | 11/17/14 | J | | RETIREMENT DIST. |
| 106. WYOMING STATE RET. SYSTEM BEN. ACCT | A | Int./Div. | J | T | | | | | |
| 107. XCEL ENERGY 1017.165 SHS | B | Int./Div. | K | T | | | | | |
| 108. AXA EQUITABLE LIFE INS COMPANY | A | Interest | J | W | | | | | |
| 109. UNITED STATES AUTO ASSOC. | A | Interest | J | W | | | | | |
| 110. TRUST #4 - "SPOUSE REV. TRUST" | | | | | | | | | |
| 111. - BARCLAYS BANK PLCD IPATH ETN (X) | | None | | | Sold | 02/06/14 | J | A | |
| 112. - DODGE & COX INTERNATL STOCK FUND | A | Int./Div. | J | T | | | | | |
| 113. - AMERICAN CAPITAL WORLD GRWTH & INC | A | Int./Div. | J | T | | | | | |
| 114. - AMERICAN NEW WORLD CLASS F1 | A | Int./Div. | J | T | | | | | |
| 115. - BRIDGEWAY ULTRA SMALL CO MARKET | B | Int./Div. | J | T | | | | | |
| 116. - CALAMOS GROWTH & INCOME CL A | A | Int./Div. | | | Sold (part) | 03/05/14 | J | A | |
| 117. | | | | | Sold | 06/04/14 | J | A | |
| 118. - CALAMOS GROWTH & INCOME CL I | A | Int./Div. | | | Sold | 08/14/14 | J | C | |
| 119. - COHEN & STEERS INTL REALTY INC CL A | A | Int./Div. | | | Sold | 08/14/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - FIDELITY ADVISOR NEW INSIGHTS CL I | A | Int./Div. | J | T | Sold (part) | 07/02/14 | J | A | |
| 121. FIDELITY CASH CLEARING ACCOUNT (X) | A | Interest | J | T | | | | | |
| 122. - FIDELITY CORE ACCOUNT | A | Interest | J | T | | | | | |
| 123. - GATEWAY FUND CLASS A | A | Int./Div. | | | Sold (part) | 03/05/14 | J | A | |
| 124. | | | | | Sold | 08/14/14 | J | A | |
| 125. - GATEWAY FUND CLASS Y | A | Int./Div. | K | T | Buy (add'l) | 01/09/14 | J | | |
| 126. | | | | | Sold (part) | 08/14/14 | J | A | |
| 127. - ISHARES TR S&P 500/VALUE INDEX FD | A | Int./Div. | | | Sold | 06/18/14 | J | A | |
| 128. - ISHARES TR INTL DEVELOPED REAL ESTATE ETF | A | Int./Div. | J | T | Buy | 07/08/14 | J | | |
| 129. - LOOMIS SAYLES BOND RETAIL SHARES | B | Int./Div. | K | T | Buy (add'l) | 06/12/14 | J | | |
| 130. | | | | | Sold (part) | 08/14/14 | J | A | |
| 131. | | | | | Sold (part) | 08/14/14 | J | A | |
| 132. - MERGER FUND | | None | | | Buy (add'l) | 01/09/14 | J | | |
| 133. | | | | | Sold | 08/14/14 | K | A | |
| 134. - PIMCO ALL ASSETS ALL AUTHORITY CL D | A | Int./Div. | | | Sold | 06/04/14 | K | A | |
| 135. - PIMCO ALL ASSET ALL AUTHORITY INSTIT CL | A | Int./Div. | | | Buy | 01/09/14 | K | | |
| 136. | | | | | Sold | 08/14/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - PIMCO COMMODITY REAL RET STRAT ADMIN CL | A | Int./Div. | J | T | Buy | 01/09/14 | J | | |
| 138. - PIMCO EMERGING LOCAL BOND FUND ADMIN SH | A | Int./Div. | J | T | Buy (add'l) | 01/09/14 | J | | |
| 139. - PIMCO EMERGING LOCAL BOND FD INST CL | A | Int./Div. | J | T | | | | | |
| 140. - PIMCO TOTAL RETURN ADMINISTRATIVE SHS | A | Int./Div. | J | T | Buy | 01/06/14 | J | | |
| 141. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 142. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 143. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 144. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 145. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 146. | | | | | Sold (part) | 08/14/14 | J | A | |
| 147. -POWERSHARES FTSE RAFI US 1000 | A | Int./Div. | J | T | | | | | |
| 148. - SPRTN TOTAL MKT INDX INVESTOR CLASS | A | Int./Div. | | | Buy (add'l) | 03/06/14 | J | | |
| 149. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 150. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 151. | | | | | Merged (with line 155) | 06/20/14 | K | | |
| 152. -SPARTAN EMERGING MKT INDEX FUND INVESTOR | A | Int./Div. | K | T | Buy | 03/06/14 | J | | |
| 153. | | | | | Buy (add'l) | 06/05/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Alan B. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 155. -SPRTN TOTAL MKT INDEX FID ADVANTAGE CLASS | A | Int./Div. | K | T | Buy | 06/20/14 | K | | |
| 156. | | | | | Buy (add'l) | 09/04/14 | J | | |
| 157. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 158. - SPARTAN INTL INDEX INVESTOR CLASS | | None | J | T | Buy | 12/24/14 | J | | |
| 159. - VANGUARD INTL EQUITY INDEX FDS MSCI | A | Int./Div. | | | Sold | 12/18/14 | J | A | |
| 160. - VANGUARD ALL-WLD EX-US SM CP ET | A | Int./Div. | K | T | | | | | |
| 161. - WILLIAM BLAIR INT'L GROWTH | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Cheyenne Regional Medical Center is the local hospital organization. The provision of nursing and care services to patients in their homes is one of the services provided through Cheyenne Regional Medical Center. As part of the concern for the quality of patient care members of the public as well as medical professionals have been placed on an advisory board, which meets periodically.

Young Mens' Literary Club is a small organization (less than 50 including honorary and emeriti) that meets weekly during the fall, winter and spring to discuss current events and review assigned papers. The organization has exsisted for the past 110 years. The Secretary/Treasurer receives nominal dues for rent of the meeting room and keeps meeting minutes that are deposited and preserved in the State Archives.

The American Heritage Center of the University of Wyoming functions as a public trust to collect, preserve and make accessible "a clearly defined set of primary sources and rare books - reflecting the written image, and audio history of Wyoming, the Rocky Mountain region, and selected aspects of the American past." (From mission statement of AHC) Reporting party was invited to serve a 4 year term.

Trust #1 is a trust that was established by ▮▮▮▮ It contains financial investments listed on schedule VII that I believe are the sole financial interests of the trust. No portion of the trust is derived from my assets, income or activities or those of my spouse. During 2010 I became successor trustee of the trust and have therefore listed on Schedule VII. I am not an income or principal beneficiary of the trust, however my two daughters are beneficiaries. During the reporting period I did not derive or expect to derive a benefit from the trust.

Trust #2 and Trust #3 were created to implement premarital and estate planning. It is anticipated that additional assets will be placed in the trusts in the future. Trust #2 holds and controls items listed on schedule VII, bank accounts at American National Bank now ANB Bank and Wells Fargo National Bank, Part VII. Trust #3 holds and controls items listed on schedule VII.

Trust #4 is another trust established by ▮▮▮▮▮▮ assets. I am not a trustee or beneficiary of this trust, the assets listed are listed due to the filing of a joint income tax return in 2012.

Wyoming Deferred Compensation Plan is a program for State Employees to deposit earnings for deferred tax investment. I received reports entitled Wyoming Retirement System 457 Deferred Compensation Plan c/o Great West Retirement. There are various options that an employee may use for investment. In 2010, detailed assets (three mutual funds) were listed in total, however in this report they have been separately listed. See following paragraph regarding 2010 changes that will be forthcoming. In 2010 it became incument upon undersigned to take distributions from this plan and pay tax on the income. If all goes as directed, a sum will be withdrawn each year and will be taxed.

Joint reported assets with ▮▮▮▮ consists of the checking account at American National Bank now ANB Bank.

Line 33 - Asset was listed twice on the 2013 report under two different names. Asset was reported correctly in 2014 on line 11.

Line 29 - Asset reported in Part VII, Line 18 of 2013 return under the name ISHARES FTSE EPRA/NAREIT GLOBAL REAL ESTATE. Asset traded under ticker symbol IFGL in 2013 and 2014, but name shown on brokerage statement changed in 2014 to ISHARES TR INTL DEVELOPED REAL ESTATE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan B. Johnson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544